**Bank of America**

Home Loans

Bank of America, N.A.
11802 Ridge Parkway, Suite 100-HRM
HOME RETENTION
Broomfield, CO 80021

Notice Date: February 15, 2012

ANTONIO A ESQUIVEL
BEATRIZ E ESQUIVEL
430 LA ESPERANZA DRIVE
DIXON, CA 95620

Loan No:

FHA Case No.: 0428328566703

Property Address:
430 LA ESPERANZA DRIVE
DIXON, CA 95620

**Dear ANTONIO A ESQUIVEL and BEATRIZ E ESQUIVEL,**

Thank you for successfully completing the Trial Period Plan. Your loan is now eligible for a final modification under the Federal Housing Administration's Home Affordable Modification Program (FHA-HAMP). We have enclosed a package of documents that you need to carefully review, sign where indicated, and return before your loan will be modified.

These documents include:

1. Loan Modification Agreement  **(Sign and Return)**
2. Commitment to Modify Mortgage and for Partial Claim **(Sign and Return Acceptance)**
3. Subordinate Mortgage/Deed of Trust  **(Sign and Return)**
4. Subordinate Note **(Sign and Return)**

**You must also make your first modified payment in the amount of $1,515.96 by February 01, 2012.**

To process the Partial Claim, you must sign a Subordinate Note, which will also be signed by the Lender in the name of the Secretary of Housing and Urban Development and the Subordinate Mortgage or Deed of Trust.  The Subordinate Note and Subordinate Mortgage/Deed of Trust carry no interest and include the arrearage due on the loan and other amounts allowable under the FHA-HAMP program.

All required documents must be signed and, where indicated, notarized, and returned to our office no later than March 16, 2012.

If you fail to make your first modified payment or you fail to return the signed documents to us, then your loan will no longer be eligible for a loan modification under the FHA-HAMP, and we will proceed with foreclosure as permitted by your Loan Documents and FHA requirements.

If your loan is delinquent, Bank of America, N.A. will continue to report all delinquencies to the credit reporting agencies until your loan is brought fully current.

Bank of America, N.A. will continue with normal servicing up to and including referral to foreclosure during the time it is reviewing your request for workout assistance or waiting for information from you. If you have any questions, please call us at 1-800-669-6607.

Sincerely,

Home Loan Team
1-800-669-6607

# Exhibit 1