FHA Case No.
0428328566703

## SUBORDINATE NOTE

February 15, 2012

ANTONIO A ESQUIVEL
BEATRIZ E ESQUIVEL
430 LA ESPERANZA DRIVE
DIXON, CA 95620
DOC ID#0652056318277105B

THIS LOAN IS PAYABLE IN FULL AT MATURITY OR IF THE CONDITIONS SET FORTH IN SECTION 4 BELOW OCCUR. YOU MUST REPAY THE ENTIRE PRINCIPAL BALANCE OF THE LOAN. LENDER IS UNDER NO OBLIGATION TO REFINANCE THE LOAN AT THAT TIME. YOU WILL, THEREFORE, BE REQUIRED TO MAKE PAYMENT OUT OF OTHER ASSETS THAT YOU MAY OWN, OR YOU WILL HAVE TO FIND A LENDER, WHICH MAY BE THE LENDER YOU HAVE THIS LOAN WITH, WILLING TO LEND YOU THE MONEY. IF YOU REFINANCE THIS LOAN AT MATURITY, YOU MAY HAVE TO PAY SOME OR ALL OF THE CLOSING COSTS NORMALLY ASSOCIATED WITH A NEW LOAN EVEN IF YOU OBTAIN REFINANCING FROM THE SAME LENDER.

**PARTIES**

"Borrower" means each person signing at the end of this Note, and the person's successors and assigns. "Secretary" or "Lender" means the Secretary of Housing and Urban



California - SCHEDULE "A" - HUD INSTRUMENT

8242 10/09

Exhibit 3

Development and its successors and assigns.

## 2. BORROWER'S PROMISE TO PAY

In return for a loan received from Lender, Borrower promises to pay the principal sum of $93,591.53, (Ninety-three thousand Five hundred ninty one dollars and 53/100's), to the order of Lender.

## 3. PROMISE TO PAY SECURED

Borrower's promise to pay is secured by a mortgage, deed of trust or similar security instrument that is dated the same date as this Note and called the "Security Instrument." The Security Instrument protects the Lender from losses which might result if Borrower defaults under this Note.

## 4. MANNER OF PAYMENT

### (A) Time

On, January 1, 2042 of insured mortgage or, if earlier, when the first of the following events occurs:

(i) Borrower has paid in full all amounts due under the primary Note and related mortgage, deed of trust or similar Security Instruments insured by the Secretary, or

(ii) The maturity date of the primary Note has been accelerated, or

(iii) The Note and related mortgage, deed or trust or similar Security Instrument are no longer insured by the Secretary, or

(iv) The property is not occupied by the purchaser as his or her principal residence.

### (B) Place

Payment shall be made at the Office of the Housing FHA-Comptroller, Director of Mortgage Insurance Accounting and Servicing, 451 Seventh Street, SW, Washington, DC  20410 or any such other place as Lender may designate in writing by notice to



California - SCHEDULE "A" - HUD INSTRUMENT

8242 10/09

Borrower.

## 5. BORROWER'S RIGHT TO PREPAY

Borrower has the right to pay the debt evidenced by this Note, in whole or in part, without charge or penalty. If Borrower makes a partial prepayment, there will be no changes in the due date or in the amount of the monthly payment unless Lender agrees in writing to those changes.

## 6. WAIVERS

Borrower and any other person who has obligations under this Note waive the rights of presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

## 7. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. Lender may enforce its rights under this Note against each person individually or against all signatories together. Any one person signing this Note may be required to pay all of the amounts owed under this Note.



California - SCHEDULE "A" - HUD INSTRUMENT

8242 10/09

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Note.

_____ (SEAL)
ANTONIO A ESQUIVEL                Borrower

_____ (SEAL)
BEATRIZ E ESQUIVEL                Borrower

STATE OF California,                                County: Solano

On this, the 25th day of February, 2012 before me, the undersigned officer, personally appeared Antonio A Esquivel AND Beatriz E Esquivel

known to me (or satisfactorily proven) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged that he/she/they executed the same for the purposes herein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal. My Commission Expires: Oct. 17, 2014

_____
Rubru Csakaran

Notary Public
Title of Officer

RUBARANEE ARULSAKARAN
Commission # 1908633
Notary Public - California
Solano County
My Comm. Expires Oct 17, 2014

205631827+USC+FHAHMP+83253
California - SCHEDULE "A" - HUD INSTRUMENT

8242 10/09

# CALIFORNIA NOTARY ACKNOWLEDGMENT
(For use by California Notary, if applicable.)

STATE OF CALIFORNIA
COUNTY OF __SOLANO__

On __Feb. 25th, 2012__ before me, __RUBARANEE ARULSAKARAN, NOTARY PUBLIC__
(insert name and title of the officer)

personally appeared __ANTONIO A ESQUIVEL AND BEATRIZ E ESQUIVEL__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) ~~is~~/are subscribed to the within instrument and acknowledged to me that ~~he/she~~/they executed the same in ~~his/her~~/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

RUBARANEE ARULSAKARAN
Commission # 1908633
Notary Public - California
Solano County
My Comm. Expires Oct 17, 2014

Signature __R. Arulsakaran__

NOTARY SEAL

THIS CERTIFICATE MUST BE ATTACHED TO THE
DOCUMENT DESCRIBED AT RIGHT

Document: Loan Modification Agreement
Number of Pages: 27
Date of Document: 2.15.2012
Signer(s) Other Than Named Above: _____

8192 09/09