IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESQUIVEL and BEATRIZ ESQUIVEL, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; and Does 1 through 10, inclusive,<br><br>　　　　　　Defendants.<br>_____ | 2:12-cv-02502-GEB-KJN<br><br><u>ORDER CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

　　　　　The parties' Joint Status Report ("JSR") filed July 22, 2013, reveals this putative class action is not ready to be scheduled. Therefore, a Status (Pretrial Scheduling) Conference is scheduled to commence at 9:00 a.m. on October 28, 2013. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall propose a briefing schedule on Plaintiffs' proposed motion for class certification and address whether the action should otherwise be scheduled pending decision on that motion. <u>See</u> Fed. R. Civ. P. 23(c)(1) (prescribing "the court must determine by order whether to certify the action as a class action" at "an early practicable time"). In the event the parties opine the matter

1  should be scheduled, they shall address in the joint status report their
2  proposals for such scheduling in accordance with Local Rule 240.
3        IT IS SO ORDERED.
4  Dated:  August 7, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge