UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESQUIVEL and BEATRIZ ESQUIVEL, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION,<br><br>　　　　Defendants.* | No. 2:12-cv-02502-GEB-KJN<br><br>STATUS (PRETRIAL SCHEDULING) ORDER |

The status (pretrial scheduling) conference scheduled for hearing on November 25, 2013, is vacated since the parties' Joint Status Report filed November 8, 2013 ("JSR") indicates the following Order should issue.

### DISMISSAL OF DOE DEFENDANTS

Since Plaintiffs have not justified Doe defendants remaining in this action, Does 1-100 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed October 5, 2012, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

---

* The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

                    MOTION FOR CLASS CERTIFICATION

          The parties' proposed briefing schedule concerning whether this putative class action should be certified as a class action is adopted as follows: The motion for class certification shall be filed no later than September 8, 2014; an opposition or statement of non-opposition to the motion shall be filed no later than October 23, 2014; and any reply shall be filed no later than November 21, 2014. The hearing on the motion shall be noticed for December 8, 2014, at 9:00 a.m.

              SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

          Other than the referenced possible class certification, no further service, joinder of parties, or amendments to pleadings is permitted, except with leave of Court for good cause shown.

                    SCHEDULING FURTHER STATUS REPORT

          A further Status (Pretrial Scheduling) Conference is scheduled to commence at 9:00 a.m. on February 9, 2015. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

          Dated:  November 18, 2013

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge

2