UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESQUIVEL and BEATRIZ ESQUIVEL, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION,<br><br>Defendants. | No. 2:12-cv-02502-GEB-KJN<br><br>**ORDER AMENDING THE STATUS (PRETRIAL SCHEDULING) ORDER** |

Pursuant to the parties' Stipulated Request for Modification of Scheduling Order filed July 11, 2014, the November 19, 2013 Status (Pretrial Scheduling) Order is amended as follows:

The motion for class certification shall be filed no later than March 30, 2015; an opposition or statement of non-opposition to the motion shall be filed no later than May 14, 2015; and any reply shall be filed no later than June 12, 2015. The hearing on the class certification motion shall be noticed for June 29, 2015, at 9:00 a.m.

///

1

1    A further Status (Pretrial Scheduling) Conference is
2 scheduled to commence at 9:00 a.m. on August 31, 2015. A joint
3 status report shall be filed no later than fourteen (14) days
4 prior to the status conference.
5 Dated:  July 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge