1  DANIEL J. MULLIGAN, SBN 103129
   JENKINS MULLIGAN & GABRIEL LLP
2  10085 Carroll Canyon Road, Ste. 210
   San Diego, CA 92131
3  Telephone:   (415) 982-8500
   Facsimile:    (415) 982-8515
4  Email:          dan@jmglawoffices.com

5
   Attorneys for Plaintiffs ANTONIO AND
6  BEATRIZ ESQUIVEL; and the Putative Class.

7  *Additional Counsel Listed on Signature Page*

8
                   UNITED STATES DISTRICT COURT
9
         EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION
10

11
| ANTONIO ESQUIVEL AND BEATRIZ ESQUIVEL, individually, on behalf of all others similarly situated, and on behalf of the general public | Case No. 12-CV-2502-GEB-KJN |
|---|---|
| Plaintiffs, | **CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE** |
| v. | |
| BANK OF AMERICA, N.A; BANK OF AMERICA CORPORATION; and DOES 1 through 100 inclusive, | |
| Defendants. | |

- 1 -

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PURSUANT TO LOCAL RULE 182, PLEASE TAKE NOTICE** that the following attorneys are no longer counsel of record for Plaintiffs in this case/proceeding:  Elizabeth S. Letcher and Joseph Jaramillo of Housing and Economic Rights Advocates, 1814 Franklin Street, Suite 1040, Oakland, CA 94612, (510) 271-8443.  Plaintiff's counsel will file and served a Notice of Withdrawal of Counsel.  Noah Zinner of Housing and Economic Rights Advocates, 1814 Franklin Street, Suite 1040, Oakland, CA 94612, (510) 271-8443, nzinner@heraca.org is now one of counsel of record for Plaintiffs and has filed and served a Notice of Appearance.  All other counsel for Plaintiffs remain the same.

Dated:  December 17, 2014     Respectfully Submitted,

HOUSING AND ECONOMIC RIGHTS ADVOCATES

By:      /s/     Joseph Jaramillo
         Joseph Jaramillo
         Attorneys for Plaintiffs

*Additional Counsel for Plaintiffs:*

ERIC ANDREW MERCER, SBN 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:   (916) 361-6022
Facsimile:    (916) 361-6023
Email:          mercerlegal@me.com

MAEVE ELISE BROWN, SBN 137512
NOAH ZINNER, SBN 247581
HOUSING AND ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel:  (510) 271-8443
Fax: (510) 868-4521
Email:          nzinner@heraca.org

CHANGE IN DESIGNATION OF COUNSEL                                           CASE NO. 12-CV-2502

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on December 17, 2014.

Dated: December 17, 2014                HOUSING AND ECONOMIC RIGHTS ADVOCATES

By: */s/* Joseph Jaramillo

JOSEPH JARAMILLO
Attorneys for Plaintiffs