DANIEL J. MULLIGAN, SBN 103129
JENKINS MULLIGAN & GABRIEL LLP
10085 Carroll Canyon Road, Ste. 210
San Diego, CA 92131
Telephone:   (415) 982-8500
Facsimile:    (415) 982-8515
Email:          dan@jmglawoffices.com

Attorneys for Plaintiffs ANTONIO AND
BEATRIZ ESQUIVEL; and the Putative Class.

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO ESQUIVEL AND BEATRIZ ESQUIVEL, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A; BANK OF AMERICA CORPORATION; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 12-CV-2502-GEB-KJN<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Elizabeth S. Letcher and Joseph Jaramillo of Housing and Economic Rights Advocates do, hereby, withdraw as counsel of record in the above entitled case. All other attorneys for Plaintiff remain as counsel of record.

December 17, 2014            Respectfully Submitted,

HOUSING AND ECONOMIC RIGHTS ADVOCATES

By:     /s/     Joseph Jaramillo
        Joseph Jaramillo
        Attorneys for Plaintiffs

*Additional Counsel for Plaintiffs:*

ERIC ANDREW MERCER, SBN 248707
LAW OFFICE OF ERIC ANDREW MERCER
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:   (916) 361-6022
Facsimile:   (916) 361-6023
Email:       mercerlegal@me.com

MAEVE ELISE BROWN, SBN 137512
NOAH ZINNER, SBN 247581
HOUSING AND ECONOMIC RIGHTS ADVOCATES
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Tel: (510) 271-8443
Fax: (510) 868-4521
Email:       nzinner@heraca.org

NOTICE OF WITHDRAWAL                                    CASE NO. 12-CV-2502

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on December 17, 2014.

Dated: December 17, 2014          HOUSING AND ECONOMIC RIGHTS ADVOCATES

                                  By: */s/* Joseph Jaramillo

                                  JOSEPH JARAMILLO
                                  Attorneys for Plaintiffs