UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESQUIVEL and BEATRIZ ESQUIVEL, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION,<br><br>Defendants. | No. 2:12-cv-02502-GEB-KJN<br><br>**ORDER STRIKING REDACTED MOTION FOR CLASS CERTIFICATION AND VACATING HEARING** |

On March 30, 2015, Plaintiffs filed a redacted version of their Motion for Class Certification, (ECF No. 64), without obtaining leave of court to do so in violation of Local Rule 140. Although Plaintiffs submitted for in camera consideration their "unredacted Motion for Class Certification," in connection with a request to file under seal certain exhibits in support of their motion, (Not. Req. Seal, ECF No. 65), that sealing request was denied in an order filed April 1, 2015, (ECF No. 66), and no further request to file a redacted version of Plaintiffs' motion has been made.

1

       Therefore, Plaintiffs' Motion for Class Certification is stricken, and the hearing on the motion scheduled to commence at 9:00 a.m. on July 27, 2015, is vacated.

       Further, in light of this ruling, the Court need not decide Defendants' May 5, 2015, and June 2, 2015 sealing requests.

Dated: June 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge