DANIEL J. MULLIGAN, SBN 103129
JENKINS MULLIGAN & GABRIEL LLP
10085 Carroll Canyon Road, Ste. 210
San Diego, CA 92131
Telephone:   (415) 982-8500
Facsimile:    (415) 982-8515
Email:         dan@jmglawoffices.com

Attorneys for Plaintiffs ANTONIO AND
BEATRIZ ESQUIVEL; and the putative class.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO ESQUIVEL AND BEATRIZ ESQUIVEL, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A; BANK OF AMERICA CORPORATION; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 12-CV-02502-GEB-KJN<br><br>**ORDER ON STIPULATED REQUEST FOR NEW BRIEFING AND HEARING DATES ON PLANITIFFS' MOTION FOR CLASS CERTIFICATION AND MODIFICATION OF SCHEDULING ORDER**<br><br>Date:   No Date Set<br>Time:   No Time Set<br>Judge:  Hon. Garland E. Burrell, Jr.<br>Dept.:   Courtroom 10, 13th Floor |

1

# **ORDER**

Having examined the parties' Stipulated Request for New Hearing Date and Modification of Scheduling Order, (ECF No. 78),

**IT IS HEREBY ORDERED** that the Stipulated Request is GRANTED, as modified, as follows:

| Deadline | Date |
| --- | --- |
| Plaintiffs to file Notice and submit Stipulated Request to Seal Documents in Support of Motion for Class Certification. | July 3, 2015 |
| Plaintiffs to file Motion for Class Certification in the same form as originally submitted. | Within three court days of issuance of Order on sealing request. |
| Defendant to file Notice and submit Stipulated Request to Seal Documents in Support of Class Certification Opposition. | July 31, 2015 |
| Defendant to file Opposition to Motion for Class Certification in the same form as originally submitted. | Within three court days of issuance of Order on sealing request. |
| Plaintiffs to file Notice and submit Stipulated Request to Seal Documents in Support of Class Certification Reply. | September 4, 2015 |
| Plaintiffs to file Reply in support of Motion for Class Certification. | Within three days of issuance of Order on sealing request. |
| Class Certification Hearing. | September 28, 2015 |

Also, the Status (Pretrial Scheduling) Conference is rescheduled to commence at 9:00 a.m. on December 7, 2015. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

**IT IS SO ORDERED.**

**Dated:  June 25, 2015**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

ORDER ON STIPULATED REQUEST FOR NEW HEARING DATE AND MODIFICATION OF SCHEDULING ORDER
CASE NO. 12-CV-02502