STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA  90017
Tel.:  213.426.2500
Fax:  213.623.1673

Attorney for Defendants:
BANK OF AMERICA, N.A., and
BANK OF AMERICA CORPORATION

DANIEL J. MULLIGAN (SBN 103129)
*dan@jmglawoffices.com*
**JENKINS MULLIGAN & GABRIEL LLP**
78-065 Main Street, Suite 202
La Quinta, CA 92253
Tel.: 415.982.8500
Fax: 415.982.8515

Attorney for Plaintiffs:
ANTONIO AND BEATRIZ ESQUIVEL, and
the Putative Class

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO ESQUIVEL and BEATRIZ ESQUIVEL, individually, on behalf of all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 2:12-cv-02502-GEB-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL SCHEDULING CONFERENCE**<br><br>Judge:    Hon. Garland E. Burrell, Jr.<br>Dept.:    Courtroom 10, 13th Floor |

ACTIVE/82783588.2

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE PRETRIAL SCHEDULING CONFERENCE          CASE NO. 2:12-CV-02502-GEB-KJN

Plaintiffs ANTONIO AND BEATRIZ ESQUIVEL ("Plaintiffs") and Defendants BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION (together, "Bank of America" or "Defendants") (collectively referred to as the "Parties") jointly submit this Stipulation to Continue Pretrial Scheduling Conference.

WHEREAS, the Pretrial Scheduling Conference is currently set for December 7, 2015 at 9:00 a.m. (Dkt. 79);

WHEREAS, a joint status report is due by November 23, 2015 (*Id.*);

WHEREAS, Plaintiffs filed their motion for class certification on July 15, 2015 (Dkt. 83);

WHEREAS, Defendants filed their opposition to Plaintiffs' motion for class certification on August 11, 2015 (Dkt. 88);

WHEREAS, Plaintiffs filed their reply in support of their motion for class certification on September 4, 2015 (Dkt. 89);

WHEREAS, per the Court's minute order, the hearing on the motion for class certification, previously set for September 28, 2015, was vacated and the motion for class certification was submitted without oral argument (Dkt. 90);

WHEREAS, the Court has not yet issued an order on the motion for class certification;

WHEREAS, the Parties' strategies and decisions regarding pretrial planning will be substantially affected by the Court's order on class certification;

WHEREAS, the Parties believe that a continuance of the Pretrial Scheduling Conference until the Court renders its decision on the motion for class certification would conserve valuable judicial resources and prevent unnecessary labor and expense for the Parties;

NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate and jointly request that the Court (1) continue the Pretrial Scheduling Conference, currently set for December 7, 2015 at 9:00 a.m., until after the Court renders its decision on the motion for class certification, and (2) continue the deadline for the Parties to submit a joint status report, currently set for November 23, 2015, until fourteen (14) days prior to the Pretrial Scheduling Conference.

**IT IS SO STIPULATED.**

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| Dated: November 23, 2015 | | By: | /s/   Alyssa A. Sussman |
| | | | ALYSSA A. SUSSMAN (*pro hac vice*) |
| | | | *asussman@goodwinprocter.com* |
| | | | **GOODWIN PROCTER LLP** |
| | | | 620 Eighth Avenue |
| | | | New York, NY 10018 |
| | | | Tel.: 212.813.8800 |
| | | | Fax: 212.355.3333 |
| | | | |
| | | | JAMES W. MCGARRY (*pro hac vice*) |
| | | | *jmcgarry@goodwinprocter.com* |
| | | | **GOODWIN PROCTER LLP** |
| | | | 53 State Street |
| | | | Boston, MA 02109 |
| | | | Tel.: 617.570.1000 |
| | | | Fax: 617.523.1231 |
| | | | |
| | | | STEVEN A. ELLIS |
| | | | *sellis@goodwinprocter.com* |
| | | | **GOODWIN PROCTER LLP** |
| | | | |
| | | | Attorneys for Defendants: |
| | | | BANK OF AMERICA, N.A. and |
| | | | BANK OF AMERICA CORPORATION |
| Dated: November 23, 2015 | | By: | /s/   Daniel J. Mulligan *(as authorized on November 17, 2015)* |
| | | | DANIEL J. MULLIGAN (SBN 103129) |
| | | | *dan@jmglawoffices.com* |
| | | | **JENKINS MULLIGAN & GABRIEL LLP** |
| | | | |
| | | | NOAH ZINNER (SBN 247581) |
| | | | *nzinner@heraca.org* |
| | | | **HOUSING AND ECONOMIC RIGHTS ADVOCATES** |
| | | | 1814 Franklin Street, Suite 1040 |
| | | | Oakland, CA 94612 |
| | | | Tel.: 510.271.8443 |
| | | | Fax: 510.280.2548 |
| | | | |
| | | | ERIC A. MERCER (SBN 248707) |
| | | | *mercerlegal@me.com* |
| | | | **MERCER LEGAL** |
| | | | 770 L Street, Suite 950 |
| | | | Sacramento, CA 95814 |
| | | | Tel.: 916.361.6022 |
| | | | Fax: 916.361.6023 |
| | | | |
| | | | Attorneys for Plaintiffs: |
| | | | ANTONIO AND BEATRIZ ESQUIVEL, and the Putative Class |

1 **[PROPOSED] ORDER**

2 Upon consideration of the Parties' Stipulation to Continue Pretrial Scheduling Conference

3 ("Stipulation"),

4 **IT IS HEREBY ORDERED** that the Stipulation is GRANTED.  The Pretrial Scheduling

5 Conference, currently set for December 7, 2015 at 9:00 a.m., is continued to February 29, 2016, at

6 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

9 **IT IS SO ORDERED.**

11 **Dated:  November 23, 2015**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

## CERTIFICATE OF SERVICE

I, Alyssa A. Sussman, hereby certify that a true and correct copy of the foregoing document, filed electronically through the Court's CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on all counsel who are not served through the CM/ECF system on November 17, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2015 at New York, New York.

/s/ Alyssa A. Sussman
Alyssa A. Sussman