UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ESQUIVEL, et al., | No. 2:12-CV-2502 KJM KJN |
| Plaintiffs, | |
| v. | STATUS (PRETRIAL SCHEDULING) |
| BANK OF AMERICA, et al., | ORDER |
| Defendants. | |

A scheduling conference was held in this case on March 3, 2016. Eric Mercer appeared for plaintiffs; Steven Ellis appeared for defendants.

Having reviewed the parties' Joint Status Report filed on February 25, 2016, and discussed a schedule for the case with counsel at the hearing, the court makes the following orders:

I. SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

/////

/////

1

II.     ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

The parties are directed to meet and confer regarding the filing of an amended complaint and file a joint stipulation within twenty-one (21) days of the scheduling conference. If the parties are unable to stipulate to an amended complaint, plaintiffs shall file their request to amend within forty-five (45) days of the scheduling conference. No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown. *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

III.    JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1332. Jurisdiction and venue are not disputed.

IV.     DISCOVERY

Initial disclosures as required by Federal Rule of Civil Procedure 26(a) have been completed. The parties have already engaged in extensive discovery and are now given an additional sixty (60) days to engage in focused individual discovery that is not duplicative of the class certification related discovery that has already occurred.

All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court. While the assigned magistrate judge reviews proposed discovery phase protective orders, requests to seal or redact are decided by Judge Mueller as discussed in Judge Mueller's standing order on the court's web page. In addition, while the assigned magistrate judge handles discovery motions, the magistrate judge cannot change the schedule set in this order, even in connection with a discovery matter.

V.      FURTHER SCHEDULING

Further dates will be set after the issue of an amended complaint has been resolved and the parties have exhausted settlement discussions.

VI.     FUTURE STATUS CONFERENCE

A status is set for **July 21, 1016,** at which time a schedule will be confirmed, anticipating a trial in February 2017.

/////

## VII. OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED: March 14, 2016

_____
UNITED STATES DISTRICT JUDGE