STEVEN A. ELLIS (SBN 171742)
sellis@goodwinprocter.com
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax: 213.623.1673

Attorney for Defendants:
BANK OF AMERICA, N.A.;
BANK OF AMERICA CORPORATION

DANIEL J. MULLIGAN (SBN 103129)
dan@jmglawoffices.com
**JENKINS MULLIGAN & GABRIEL LLP**
78-065 Main Street, Suite 202
La Quinta, CA 92253
Tel.: 415.982.8500
Fax: 415.982.8515

Attorney for Plaintiffs:
ANTONIO AND BEATRIZ ESQUIVEL

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO ESQUIVEL and BEATRIZ ESQUIVEL, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A.; BANK OF AMERICA CORPORATION <br><br> Defendants. | Case No. 2:12-cv-02502-KJM-KJN <br><br> **STIPULATION AND ORDER ALLOWING PLAINTIFFS TO AMEND COMPLAINT** <br><br> Judge: Hon. Kimberly J. Mueller <br> Dept.: Courtroom 3, 15th Floor |

1   Plaintiffs ANTONIO AND BEATRIZ ESQUIVEL ("Plaintiffs") and Defendants Bank of

2   America, N.A. and Bank of America Corporation (together, "Bank of America" or "Defendants")

3   (collectively referred to as the "Parties") jointly submit this Stipulation Allowing Plaintiffs to

4   Amend Complaint.

5   WHEREAS, on October 5, 2012, Plaintiffs filed their initial putative class action complaint

6   alleging claims for breach of contract, promissory estoppel, and violations of the California

7   Consumer Credit Reporting Agencies Act ("CCRAA"), the Fair Debt Collection Practices Act

8   ("FDCPA"), the Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act"), and California

9   Business and Professions Code § 17200 ("UCL") (Dkt. No. 1);

10  WHEREAS, on June 14, 2013, the Court issued an order deeming the complaint amended

11  to allege diversity jurisdiction (Dkt. No. 40);

12  WHEREAS, the Court dismissed with prejudice Plaintiffs' FDCPA claim, promissory

13  estoppel claim, and CCRAA claim to the extent it is based upon violation of any section of the

14  CCRAA other than California Civil Code section 1785.25(a) (Dkt. Nos. 32, 48);

15  WHEREAS, on January 7, 2016, the Court denied Plaintiffs' motion for class certification

16  (Dkt. 93);

17  WHEREAS, on March 3, 2016, the Parties participated in a status conference before the

18  Court (Dkt. No. 97);

19  WHEREAS, on March 14, 2016, in connection with the status conference held on March

20  3, 2016, the Court issued a status order directing the Parties to meet and confer regarding the filing

21  of an amended complaint and file a joint stipulation, if possible, within twenty-one (21) days of

22  the status conference (Dkt. No. 98);

23  WHEREAS, the Parties met and conferred and hereby stipulate to Plaintiffs' filing the

24  attached Second Amended Complaint on behalf of themselves as individuals (**Exhibit A** hereto).

25  WHEREAS, Defendants do not waive, and expressly reserve, any rights they have with

26  respect to the Second Amended Complaint, including their right to assert defenses to the claims in

27  the Second Amended Complaint.

28

STIPULATION AND ORDER
ALLOWING PLAINTIFFS TO AMEND COMPLAINT                    CASE NO. 2:12-CV-02502-KJM-KJN

1    NOW, THEREFORE, the Parties, through their respective counsel, hereby stipulate and

2   jointly request that the Court allow Plaintiffs to file the attached Second Amended Complaint.

3    **IT IS SO STIPULATED.**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

                                       Respectfully submitted,

2

Dated:   April 5, 2016                       By:  /s/       Alyssa A. Sussman

3

4                                     ALYSSA A. SUSSMAN (*pro hac vice*)
*asussman@goodwinprocter.com*
**GOODWIN PROCTER** LLP

5                                     620 Eighth Avenue
New York, NY 10018

6                                     Tel.: 212.813.8800
Fax: 212.355.3333

7

8                                     JAMES W. MCGARRY (*pro hac vice*)
*jmcgarry@goodwinprocter.com*
**GOODWIN PROCTER** LLP

9                                     53 State Street
Boston, MA 02109

10                                    Tel.: 617.570.1000
Fax: 617.523.1231

11

12                                     STEVEN A. ELLIS
*sellis@goodwinprocter.com*
**GOODWIN PROCTER** LLP

13

14                                     Attorneys for Defendants:
BANK OF AMERICA, N.A.
BANK OF AMERICA CORPORATION

15

Dated:   April 5, 2016By:               /s/   Noah Zinner (as authorized on 3/24/16)

16                                     DANIEL J. MULLIGAN (SBN 103129)
*dan@jmglawoffices.com*

17                                     JENKINS MULLIGAN & GABRIEL LLP

18                                     NOAH ZINNER (SBN 247581)
*nzinner@heraca.org*

19                                     **HOUSING AND ECONOMIC RIGHTS ADVOCATES**

20                                     1814 Franklin Street, Suite 1040
Oakland, CA 94612

21                                     Tel.: 510.271.8443
Fax: 510.280.2548

22

23                                     ERIC A. MERCER (SBN 248707)
*mercerlegal@me.com*

24                                     **LAW OFFICE OF ERIC ANDREW MERCER**

25                                     770 L Street, Suite 950
Sacramento, CA 95814

26                                     Tel.: 916.361.6022
Fax: 916.361.6023

27                                     Attorneys for Plaintiffs;
ANTONIO AND BEATRIZ ESQUIVEL

28

STIPULATION AND ORDER
ALLOWING PLAINTIFFS TO AMEND COMPLAINT                 CASE NO. 2:12-CV-02502-KJM-KJN

1

2

3
**ORDER**

4
Upon consideration of the Parties' Stipulation Allowing Plaintiffs to Amend Complaint

5
("Stipulation"),

6
**IT IS HEREBY ORDERED** that the Stipulation is GRANTED.  The Second Amended

7
Complaint attached to the Stipulation as **Exhibit A** is deemed filed as of the date of this order.

8
**IT IS SO ORDERED.**

9
Dated:  April 5, 2016

10

11
_____

12
UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
ALLOWING PLAINTIFFS TO AMEND COMPLAINT                    CASE NO. 2:12-CV-02502-KJM-KJN