DANIEL J. MULLIGAN, SBN 103129
JENKINS MULLIGAN & GABRIEL LLP
10085 Carroll Canyon Road, Ste. 210
San Diego, CA 92131
Telephone:  (415) 982-8500
Facsimile:  (415) 982-8515
Email:  dan@jmglawoffices.com

Attorneys for Plaintiffs ANTONIO AND BEATRIZ ESQUIVEL

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ANTONIO ESQUIVEL AND BEATRIZ ESQUIVEL, individually, on behalf of all others similarly situated, and on behalf of the general public<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A; BANK OF AMERICA CORPORATION; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 12-CV-02502-KJM-KJN<br><br>**STIPULATED REQUEST FOR EXTENSION OF DISCOVERY DEADLINE IN ORDER TO EFFECTUATE SETTLEMENT AND ORDER**<br><br>Judge: Hon. Kimberly J. Mueller<br>Dept.: Courtroom 3, 15th Floor |

1    Plaintiffs Antonio and Beatriz Esquivel ("Plaintiffs") and Defendants Bank of America,
2 N.A. and Bank of America Corporation (together, "Bank of America" or "Defendants")
3 (collectively referred to as the "Parties") jointly submit this Stipulation to move this court for an
4 order extending the deadline for "focused individual" discovery an additional forty-five (45) days,
5 until June 27, 2016 ("Stipulation"), so that the parties may finalize the settlement in principle they
6 recently reached.

7    WHEREAS, on March 14, 2016, the Court ordered Plaintiffs to file an amended
8 complaint through stipulation or request, and gave the Parties sixty (60) days to complete any
9 additional, non-duplicative "focused individual" discovery. (Dkt. #98)

10    WHEREAS, Plaintiffs' Second Amended Complaint was filed, through stipulation and
11 the Court's Order, on April 5, 2016.  (Dkt. ## 100, 101)

12    WHEREAS, the Parties have engaged in settlement discussions and have reached an
13 agreement in principle on Plaintiffs' claims, and will now work in good faith to memorialize and
14 finalize the settlement as quickly as possible.

15    WHEREAS, the Parties therefore do not wish to incur additional fees and costs on
16 pending written discovery and depositions that otherwise must be completed by May 13, 2016.

17    WHEREAS, though the Parties do not anticipate failing to reach a final settlement, if
18 they do not reach a final settlement by June 27, 2016, they will be given until that date to
19 complete "focused individual" discovery in order not to prejudice their rights.

20    WHEREAS, this request is made in good faith and not for the purposes of delay.

21    WHEREAS, under these circumstances there is good cause to grant the requested
22 extension.

23    NOW, THEREFORE, <u>the Parties, through their respective counsel, hereby stipulate
24 and jointly request that the Court extend the date for "focused individual discovery that is not
25 duplicative of the class certification related discovery that has already occurred" an additional
26 forty-five (45) days, until June 27, 2016, so that the Parties may work to finalize settlement and
27 potentially avoid incurring additional costs.</u>

28 IT IS SO STIPULATED

Dated: May 3, 2016

By: */s/ Noah Zinner*
Noah Zinner

Noah Zinner, SBN 247581
Housing and Economic Rights Advocates
1814 Franklin Street, Suite 1040
Oakland, CA 94612
Telephone: (510) 271-8443 ext. 306
Fax: (510) 280-2548
Email: nzinner@heraca.org

Eric Andrew Mercer, SBN 248707
Mercer Legal
770 L Street, Suite 950
Sacramento, CA 95814
Telephone:(916) 361-6022
Fax: (916) 361-6023
Email: mercerlegal@me.com

*Attorneys for Plaintiffs*

By: */s/ Alyssa Sussman*
Alyssa Sussman

Alyssa Sussman (*pro hac vice*)
Goodwin Procter LLP
The New York Times Building
New York, NY 10018
Telephone: (212) 813-8800
Fax: (212) 355-3333
Email: asussman@goodwinprocter.com

Steven A. Ellis (SBN 171742)
Goodwin Procter LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Telephone: (213) 426-2500
Fax:  (213) 623-91673
Email: sellis@goodwinprocter.com

James W. McGarry (*pro hac vice*)
Goodwin Procter LLP
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Fax: (617) 523-1231
Email: jmcgarry@goodwinprocter.com

*Attorneys for Defendants*

ORDER

Having examined the Stipulation filed by the Parties herein,

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED. The Court shall extend the date for "focused individual discovery that is not duplicative of the class certification related discovery that has already occurred" an additional forty-five (45) days, until June 27, 2016.

**IT IS SO ORDERED.**

DATED: May 3, 2016

_____
UNITED STATES DISTRICT JUDGE